■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BIMAR HUMAYOON, Appellant.—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Appelman, J.), imposed March 11, 1991.

Ordered that the appeal is dismissed *(see, People v Seaberg,* 74 NY2d 1). Mangano, P. J., Thompson, Eiber, O'Brien and Pizzuto, JJ., concur.